UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JODI C. HERMAN, § | |
| *Plaintiff*, § | |
| v. § | CIVIL ACTION H-18-1998 |
| TRANSWORLD SYSTEMS, INC., § | |
| *Defendant*. § | |

### CONDITIONAL ORDER OF DISMISSAL

Having been advised that a settlement has been reached between plaintiff and defendant, the Court dismisses this case without prejudice to reinstatement of plaintiff's claims if any party represents to the Court within thirty days from the date of this order that the settlement could not be completely documented. The court retains jurisdiction over any settlement agreements.

Signed at Houston, Texas on March 29, 2019.

_____
Gray H. Miller
Senior United States District Judge